## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEREK LUNTZ, | : | Civil No. 3:23-cv-739 |
| | : | |
| Plaintiff | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| KATY HILEMAN, MONICA GOSS, | : | |
| CAPTAIN SMITH, LIEUTENANT | : | |
| EBAUGH, | : | |
| | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this ____6ᵗʰ____ day of December, 2023, upon consideration of Defendants'

motion (Doc. 15) to dismiss, and the parties' respective briefs in support of and opposition to

said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS**

**HEREBY ORDERED THAT:**

1. The motion (Doc. 15) is **GRANTED**.  The complaint is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith.
   *See* 28 U.S.C. § 1915(a)(3).


Robert D. Mariani
United States District Judge